THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| DEIDRA RITCHHART,<br><br>            Plaintiff,<br><br>v.<br><br>RATP DEV USA,<br><br>            Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING [16] REPORT & RECOMMENDATION**<br><br>Case No. 4:23-cv-00100-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul Kohler issued on March 5, 2024,[1] recommending that this Court: (1) dismiss Plaintiffs claims that were brought under Title VII, the Americans with Disabilities Act ("ADA"), the Fair Labor Standards Act ("FLSA"), the Utah Antidiscrimination Act, and the Utah Payment of Wages Act.[2]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its services pursuant to 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72(b).[3] No party filed a written objection to the Report and Recommendation. The Report and Recommendation has been carefully reviewed.

---

[1] Report and Recommendation at 1-6, docket no. 16, filed March 14, 2024.

[2] *Id*. at 3-5.

[3] *Id*. at 5.

THEREFORE, IT IS HEREBY ORDERED that the analysis and conclusion of the Magistrate Judge are accepted, and the Report and Recommendation is adopted in its entirety. Plaintiff's federal claims under Title VII, ADA, and FLSA are DISMISSED WITHOUT PREJUDICE and Plaintiff's state law claims under Utah's Antidiscrimination Act and Utah Payment of Wages Act are DISMISSED WITH PREJUDICE.

Signed August 19, 2024.

BY THE COURT

David Nuffer
United States District Judge