AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

DEIDRA RITCHHART,

    Plaintiff,

v.

RATP DEV USA,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:23-cv-00100-DN-PK

IT IS ORDERED AND ADJUDGED

That Plaintiff's federal claims under Title VII, ADA, and FLSA are dismissed without prejudice and Plaintiff's state law claims under Utah's Antidiscrimination Act and Utah Payment of Wages Act are dismissed with prejudice.

Signed August 20, 2024

BY THE COURT

David Nuffer
United States District Judge